IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    Plaintiff,

      v.

JACOB STADFELD,

                    Defendant.

ORDER

13-cv-722-bbc
08-cr-138-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      The court has received a document intended for filing in defendant Jacob Stadfeld's post conviction proceeding, 13-cv-722-bbc. The motion is not signed by Jacob Stadfeld but by someone named Diana Martin, who does not say that she is a lawyer authorized to file papers on Jacob Stadfeld's behalf. The document will not be filed.

      If Jacob Stadfeld wants to file something in this court, he must do so over his own name so that the court has confidence that the filing is authorized by him.

ORDER

      IT IS ORDERED that the undated document signed by Diana Martin and received by the court on February 24, 2014, is not to be filed in Jacob Stadfeld's post conviction

1

proceeding, 13-cv-722-bbc.

Entered this 26th day of February, 2014.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge