IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                  ORDER

     Plaintiff,

                  13-cv-722-bbc
                  08-cr-138-bbc

 v.

JACOB STADFELD,

     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  Defendant has filed a notice of appeal from the court's February 11, 2014 order granting his motion for an extension of time until March 24, 2014 to file his reply brief in support of his motion under 28 U.S.C. § 2255. I am construing defendant's notice of appeal to include a request for leave to proceed <u>in forma pauperis</u> on appeal and am denying it.

  In the February 11, 2014 order, I told defendant that no further extensions would be granted. Defendant wishes to appeal this assertion. Because the February 11, 2014 order does nothing more than to consider (and grant) defendant's motion for an extension of time to file a reply brief, the order is not appealable. Defendant has until March 24, 2014, to file his reply brief. If by then he has still not received his legal materials, or if he does not have

enough time since receiving them to prepare his reply brief, he could file a third motion in this court for an extension of time, setting out his reasons for another extension.

ORDER

IT IS ORDERED that defendant's notice of appeal is construed as including a request for leave to appeal in forma pauperis and so construed is DENIED.

Entered this 4th day of March, 2014.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge