IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACOB STADFELD,

    Petitioner,  JUDGMENT IN A CIVIL CASE

v.  Case No. 13-cv-722-bbc

UNITED STATES OF AMERICA,

    Respondent.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that petitioner Jacob Stadfeld's motion for post conviction relief 28 U.S.C. § 2255 is

DENIED.

| s/Peter Oppeneer | 4/9/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |