IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED

2014 APR 21 PM 12: 41

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

JACOB STADFELD, )
)
    Petitioner, )
)
vs. ) Case No. 13-cv-722-bbc
)
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## NOTICE OF APPEAL

COMES NOW, Defendant, in the above case, and files this Notice of Appeal from the judgement of the District Court of April 9, 2014, judgement denying relief from the motion for post conviction relief under 28 U.S.C. § 2255.

Respectfully submitted this _17_ day of _april_, 2014.

Jacob Stadfeld, pro se
Reg. No. 06735-090
FCI Englewood
9595 W. Quincy Avenue
Littleton, CO 80123