IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                            ORDER

           Plaintiff,

                                                                    08-cr-138-bbc

     v.                                                       13-cv-722-bbc

JACOB STADFELD,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Jacob Stadfeld has filed a motion in which he asks that the court waive copying fees on all transcripts from his criminal case no. 08-cr-138-bbc and forward the transcripts to the court of appeals to be included as part of the record on his appeal in 13-cv-722-bbc.

The clerk of court certified and transmitted the record on appeal to the court of appeals on May 29, 2014 in case no. 13-cv-722-bbc. Because defendant's appeal is from the denial of his motion under 28 U.S.C. § 2255 (case no. 13-cv-722), the sentencing transcripts from his criminal case (08-cr-138-bbc) are not included in the record. In the event the court of appeals determines that it requires the transcripts, it will make that request to the clerk of courts and the transcripts will be certified and transmitted to the court of appeals.

Therefore, defendant's motion will be denied as unnecessary.

If defendant wishes to obtain copies of the transcripts for his own personal use, he may do so by making his request to the clerk of court. He will be charged for copies at the indigent rate of 10 cents per page.

ORDER

Defendant Jacob Stadfeld's motion to forward copies of all transcripts in 08-cr-138-bbc to the court of appeals is DENIED as unnecessary.

Entered this 4th day of June, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge